**UNITED STATES DISTRICT COURT**
EVERETT McKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
CHICAGO, IL 60604

MICHAEL W. DOBBINS
CLERK

OFFICE OF THE CLERK

Central States et al,,

v.

Drum Subs, Inc. Et al,

Case No.: 06cv1054

U. S. DISTRICT COURT - DE
MISC. CASE # 06 - 1 6 4

**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT**

I, Michael W. Dobbins, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on 04/07/06, as it appears in the records of this court, and that, no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure has not been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on August 17, 2006.

Michael W. Dobbins
Court Administrator

By Enjoli Fletcher
Deputy Clerk



FILED
AUG 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

The motions listed in Rule 4(a) of the Federal Rules of Appellate Procedure are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.

CERTIFIED COPY (Rev. 1/98)

# United States District Court
## Northern District of Illinois
### Eastern Division

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois, do hereby attest and certify that the annexed document(s) is(are) a full, true, and correct copy of the original(s) on file in my office and in my legal custody.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of the foresaid court at Chicago, Illinois, on AUG 17 2006

MICHAEL W. DOBBINS, CLERK

By _____
Deputy Clerk

AE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

CENTRAL STATES, SOUTHEAST AND )
SOUTHWEST AREAS PENSION FUND, and )
HOWARD McDOUGALL, Trustee, )
)
Plaintiffs, )
)
v. )   Case No. 06 C 1054
)
DRUM SUBS, INC., a Delaware corporation, as )   Judge Plunkett
successor by merger to: Container Resources )
Corporation, a Minnesota corporation; Environmental )   Magistrate Judge Mason
Recyclers of Colorado, Inc., a Colorado corporation; )
IFCO Container Systems–South Carolina, a )
Delaware corporation; IFCO ICS–California, Inc., a )
Delaware corporation; IFCO ICS–Georgia, Inc., a )
Florida corporation; IFCO ICS–Miami, Inc., a )
Delaware corporation; IFCO ICS–Michigan, Inc., a )
Michigan corporation; IFCO ICS–Minnesota, Inc., a )
Minnesota corporation; IFCO ICS–North Carolina, )
Inc., a Delaware corporation; and IFCO ICS– )
Washington, Inc., a Delaware corporation, )
)
Defendant. )

## JUDGMENT ORDER

**THIS MATTER** coming to be heard on the motion of Plaintiffs Central States, Southeast and Southwest Areas Pension Fund ("Pension Fund") and Howard McDougall, Trustee, for entry of judgment by default; Defendant Drum Subs, Inc., a Delaware corporation, having been duly served with process and having failed to timely answer, plead or appear; the Court having reviewed Plaintiffs' motion and supporting affidavits, finding them to be adequate, and having been fully advised in the premises;

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

A. Pursuant to 29 U.S.C. §1132(g)(2), Plaintiffs have and recover judgment from and against Defendant in the total amount of $10,134.31. This amount consists of: $6,463.12 in withdrawal liability principal; $433.57 in interest through March 31, 2006; $1,292.62 in liquidated damages; $1,650.00 in attorneys' fees; and $295.00 in court costs.

B. Plaintiffs are awarded post-judgment interest on the entire judgment balance at an annualized interest rate equal to two percent (2%) plus the prime interest rate established by Chase Manhattan Bank (New York, New York) for the fifteenth (15th) day of the month for which interest is charged and shall be compounded annually.

C. Plaintiffs are awarded execution for the collection of the judgment and costs granted.

ENTER: _____
United States District Judge

Dated: APR 7 2006

Case 1:06-cv-01054   Document 15   Filed 04/07/2006   Page 1 of 1

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Paul E. Plunkett | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 1054 | **DATE** | 4/7/2006 |
| **CASE TITLE** | Central States Southeast and Southwest Areas Pension Fund, et al. vs. Drum Subs, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiffs' motion for entry of judgment by default is granted. Court enters judgment in favor of plaintiffs and against defendant in the amount of $10,134.31. Enter Judgment Order.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff

00:03

| | | Courtroom Deputy Initials: | CW |
|---|---|---|---|

U.S. DISTRICT COURT

2006 MAY 10 PM 3:17

FILED

06C1054 Central States Southeast and Southwest Areas Pension Fund, et al. vs. Drum Subs, Inc., et al.   Page 1 of 1